KML Law Group, P.C.
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1316
Attorneys for Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as
Trustee for HSI Asset Securitization Corporation Trust 2007-WF1

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Carmen G. Matos<br><br>       DEBTOR(S), | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 7<br>CASE NO. 19-11181 JNP<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY** |

TO:

Carmen G. Matos
902 Cheltenham Drive
Vineland, NJ 08360

Seymour Wasserstrum
Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, NJ 08360

MARCHAND, JOSEPH
117-119 West Broad St.
PO Box 298
Bridgeton, NJ 08302

US TRUSTEE
Office of the US Trustee
One Newark Center, Suite 2l00
Newark, NJ 07102


        PLEASE TAKE NOTICE THAT the undersigned attorney for **Specialized Loan Servicing LLC**

**as servicer for Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization**

**Corporation Trust 2007-WF1**, will apply to the UNITED STATES BANKRUPTCY COURT, located at

**401 Market Street, P.O. Box 2067; Camden, NJ**, for an Order to Grant Relief from the Automatic Stay to

authorize the moving parties to prosecute a foreclosure action for the reason that the debtors have failed to

maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith.  Costs and counsel fees will also be requested. The property involved is known as **902 Cheltenham Drive, Vineland NJ 08360**.  The hearing on this matter is scheduled for **April 16, 2019 at 10:00 A.M.**

<u>**/s/ Denise Carlon, Esq.**</u>
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1316
dcarlon@kmllawgroup.com
Attorney for Specialized Loan Servicing LLC as servicer
for Deutsche Bank National Trust Company, as Trustee
for HSI Asset Securitization Corporation Trust 2007-WF1

Dated:  March 22, 2019