**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carmen G Matos<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8929<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–11181–JNP | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carmen G Matos

4/26/19                                                                           **By the court:**   Jerrold N. Poslusny Jr.
                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-11181-JNP
Carmen G Matos                                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 2            Date Rcvd: Apr 26, 2019
                            Form ID: 318             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
```
db            +Carmen G Matos,    902 Cheltenham Dr.,    Vineland, NJ 08360-4577
517977215     +City Of Vineland EMS,    Po Box 1508,    Vineland, NJ 08362-1508
517977219     +Cumberland County Taxation Board,    220 N Laurel St,    Bridgeton, NJ 08302-1516
517977222     +Inspira Health Network,    PO Box 650292,    Dallas, TX 75265-0292
517977226     +Mariner Finance,    3650 E Landis Avenue,    Vineland, NJ 08361
517977227     +Ocean Home Health,    PO Box 825570,    Philadelphia, PA 19182-0001
517977228      Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517977229     +Premier Orthopaedic Associates,    PO Box 2749,    Vineland, NJ 08362-2749
517977230      Receivables Outsourcing Inc,    Po Box 62850,    Re: Inspira Medical Center Woodbury,
                 Baltimore, MD 21264-2850
517977233     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517977232     +Specialized Loan Servicing,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QJDMARCHAND.COM Apr 27 2019 04:19:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 27 2019 00:47:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 27 2019 00:47:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr            +EDI: GMACFS.COM Apr 27 2019 04:13:00      Ally Capital,    P.O. Box 130424,
                 Roseville, MN 55113-0004
517977213     +EDI: AAEO.COM Apr 27 2019 04:19:00      Aaron’s Sales And Leasing,    106 West Landis Ave Suite 7,
                 Vineland, NJ 08360-8114
517977214     +EDI: GMACFS.COM Apr 27 2019 04:13:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
517977216     +EDI: CCS.COM Apr 27 2019 04:18:00      Credit Collection Service,    PO Box 607,
                 Norwood, MA 02062-0607
517977217      EDI: RCSFNBMARIN.COM Apr 27 2019 04:13:00      Credit One Bank,    P.O. Box 98872,
                 Las Vegas, NV 89193-8872
517977218     +EDI: RCSFNBMARIN.COM Apr 27 2019 04:13:00      Credit One Bank,    PO BOX 98873,
                 Las Vegas, NV 89193-8873
517977220     +E-mail/Text: bbagley@enerbankusa.com Apr 27 2019 00:47:06      Enerbank Usa,
                 1245 E Brickyard Suite 640,    Salt Lake City, UT 84106-2581
517977221     +EDI: PHINGENESIS Apr 27 2019 04:18:00      Genesis/Feb-Retail,    PO Box 4499,
                 Beaverton, OR 97076-4499
517977225      EDI: IRS.COM Apr 27 2019 04:13:00      Internal Revenue Service,    P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
517977231     +EDI: CBS7AVE Apr 27 2019 04:18:00      Seventh Avenue,    1112 7th Avenue,
                 Monroe, WI 53566-1364
517977234     +EDI: BLUESTEM Apr 27 2019 04:19:00      Webbank/ Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
517977235     +EDI: WFFC.COM Apr 27 2019 04:13:00      Wells Fargo Dealer Service,    P.O. Box 1697,
                 Winterville, NC 28590-1697
                                                                                                TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517977224*      Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
517977223*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Apr 26, 2019
                              Form ID: 318             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Securitization Corporation Trust 2007-WF1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph   Marchand     jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for HSI Asset Securitization Corporation Trust 2007-WF1 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Carmen G Matos mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```